UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STAR INSURANCE COMPANY, SAVERS PROPERTY & CASUALTY INSURANCE COMPANY, AMERITRUST INSURANCE CORPORATION, and WILLIAMSBURG NATIONAL INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Defendant. | No. 2:13-cv-13807-VAR-DRG <br><br> Hon. Judge Victoria A. Roberts <br><br> Magistrate Judge David R. Grand |

## **STIPULATED PROTECTIVE ORDER**

This matter is before the Court upon the stipulation and agreement of the parties. The Court is otherwise duly advised in the premises. The Court **ORDERS** as follows:

1. "Arbitration Information" is defined as "all briefs, depositions and hearing transcripts generated in the course of this arbitration, documents created for the arbitration or produced in the proceedings by the opposing party or third-parties, final award and any interim decisions, correspondence, oral discussions and information exchanged in connection with the proceedings."

2. In the event Arbitration Information is included as an exhibit or attachment to any filing made with the Court, the Arbitration Information shall be filed in a sealed envelope with the heading, "Filed Under Seal Pursuant to Protective Order." The Court shall keep such Arbitration Information under seal; provided, however, that access to such Arbitration Information filed with the Court shall be afforded to the Court, to the Court's staff, and to counsel of record for the parties in this matter.

**IT IS SO ORDERED.**

/s/ Victoria A. Roberts  
Victoria A. Roberts  
United States District Judge

Dated: 9/12/13

So stipulated; approved as to form and content:

BROOKS, WILKINS, SHARKEY & TURCO PLLC


By:   /s/ Keefe A. Brooks (with consent)
    Keefe A. Brooks (P31680)
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
(248) 971-1710
brooks@bwst-law.com
*Attorneys for Plaintiffs*


FOLEY & LARDNER LLP


By:   /s/ Scott T. Seabolt
    Scott T. Seabolt (P55890)
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
(313) 234-7115
sseabolt@foley.com
*Attorneys for National Union*

4852-5854-6709.1